## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| SIMON GARCIA, et al, | * |
| | * |
| Plaintiffs, | * |
| | * Civil Action No. |
| v. | * |
| | * 2:20-cv-00263-Z-BR |
| SWIFT BEEF COMPANY, et al | * |
| | * |
| Defendants. | * |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

COMES NOW attorney Joseph F. McGowin, and respectfully moves to withdraw as counsel for the Plaintiffs in this matter.

The undersigned is no longer associated with his previous law firm, Arnold & Itkin LLP. The Plaintiffs will continue to be represented by the members of the Arnold & Itkin LLP firm and the other counsel currently enrolled in this action on Plaintiffs' behalf. The withdrawal of the undersigned counsel will not prejudice any party.

WHEREFORE, the undersigned respectfully requests that the Court grant this motion.

Respectfully submitted,

*/s/ Joseph F. McGowin*
Joseph F. McGowin
TX Bar No. 24117268
Cunningham Bounds, LLC
Post Office Box 66705
Mobile, AL 36660
251-471-6191 (phone)
jmcgowin@cunninghambounds.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of January, 2023, I served a copy of the foregoing upon all attorneys of record via the Court's electronic filing system, which will send notification of such filing to all counsel of record.

                                            */s/ Joseph F. McGowin*